# STATE OF LOUISIANA

## COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

NELSON DAN TAYLOR, JR.

NO. 2026 KW 0705

**JULY 27, 2026**

---

In Re:    Nelson Dan Taylor, Jr., applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, Nos. 04-97-0562, 05-96-0802.

---

**BEFORE:    PENZATO, GREENE, AND FIELDS, JJ.**

**WRIT DENIED AS MOOT.** The records of the East Baton Rouge Parish Clerk of Court's Office reflect that the attorney general acted on the district court's Order to appoint an ad hoc district attorney for the recused district attorney on June 17, 2026.

**AHP**
**HG**
**WEF**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT